# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

138629

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DETROIT THERMAL, LLC,
                Plaintiff-Appellant,

v

HIGHGATE HOTELS, INC.,
                Defendant-Appellee.
_____/

SC: 138629
COA: 276321
Wayne CC: 04-436053-CZ

On order of the Court, the application for leave to appeal the January 13, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

_____
Clerk

l0831